```
ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
MICHAEL A. KEOUGH (NYRN 5199666)
VALERIE E. SMITH (NYRN 5112164)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6878
    Fax: (415) 436-7234
    michael.keough@usdoj.gov
    valerie.smith2@usdoj.gov
```

*Attorneys for Defendant*
*United States of America*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| J.C.O.C. on his behalf and on behalf of his minor child, M.M.O.S., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | Case No. 3:23-cv-5268-SI <br><br> **JOINT NOTICE OF CONDITIONAL SETTLEMENT AND REQUEST TO STAY LITIGATION DEADLINES** |

The parties, by and through undersigned counsel, hereby notify the Court that the parties have reached a conditional settlement in this action under the Federal Tort Claims Act, 28 U.S.C. § 2671, et seq. and stipulate and respectfully request that all current deadlines be vacated and the action be stayed, based on the following:

1. The parties have reached a conditional settlement of all claims in this litigation, subject to the approval of the settlement of the minor's claims by a court of competent jurisdiction, which may take some time, to be followed by the approval of the Attorney General of the United States or his designee.

2. Absent a stay pending finalization of the settlement, litigation burden and expense will be

incurred that are to be made unnecessary by the pending settlements.

3. The parties stipulate to file a joint status report every 60 days during the stay to keep the Court apprised of the progress of the pending settlement. It is anticipated that, once the settlement is completed, the parties will file a stipulation for dismissal of all claims.

Therefore, in the interest of judicial economy and efficiency, and to preserve the benefit of the pending settlement, the parties stipulate and respectfully request that the Court enter an order vacating all current deadlines and staying this action pending further stipulation or motion of the parties or Order of the Court.

Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney

Dated: April 10, 2024   By:   */s/ Michael A. Keough*
MICHAEL A. KEOUGH
VALERIE E. SMITH

*Assistant United States Attorneys*
*Attorneys for Defendant*

s/ *Yan-Xin Li**
YAN-XIN LI

*Attorney for Plaintiffs*

* *In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.*

**[PROPOSED] ORDER**

Pursuant to stipulation, IT IS SO ORDERED that because the parties have reached a conditional settlement of all claims in this litigation, subject to the Court's approval of the settlement of the minor's claims:

1. All present deadlines are hereby vacated.

2. This action is stayed pending further stipulation or motion of the parties or Order of the Court.

3. The parties shall file a joint status report within sixty (60) days of the entry of this Order, and every sixty (60) days thereafter, in which they shall keep the Court apprised of the progress of the pending settlement.

Dated: _____

UNITED STATES DISTRICT JUDGE