Akshay S. Deoras (SBN 301962)
Yan-Xin Li (SBN 332329)
Jenny Quang (SBN 345742)
Yi Zhang (SBN 353888)
KIRKLAND & ELLIS LLP
555 California Street, 27th Floor
San Francisco, CA 94104
T: (415) 439-1400
F: (415) 439-1500
akshay.deoras@kirkland.com
yanxin.li@kirkland.com
jenny.quang@kirkland.com
yi.zhang@kirkland.com

Rachel Sheridan (SBN 230409)
Victoria Petty (SBN 338689)
Jordan Wells (SBN 326491)
LAWYERS' COMMITTEE FOR CIVIL
    RIGHTS OF THE SAN FRANCISCO
    BAY AREA
131 Steuart Street, Suite 400
San Francisco, CA 94105
T: (415) 543-9444
F: (415) 543-0296
rsheridan@lccrsf.org
vpetty@lccrsf.org
jwells@lccrsf.org

*Attorneys for Plaintiffs J.C.O.C and M.M.O.S.*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.C.O.C. on his behalf and on behalf of his minor child, M.M.O.S.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 3:23-cv-05268-SI<br><br>**PLAINTIFFS' NOTICE AND MOTION TO APPROVE MINOR'S SETTLEMENT**<br><br>Date: September 13, 2024<br>Time: 10:00 a.m.<br>Judge: Honorable Susan Illston |

**NOTICE OF MOTION**

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on September 13, 2024 at 10:00 a.m., or as soon thereafter as the matter may be heard via Zoom, Plaintiff J.C.O.C., Guardian Ad Litem for Minor Plaintiff M.M.O.S., through his attorneys of record, will and hereby does move this Court for approval of the settlement of the claims of the Minor Plaintiff M.M.O.S. and the corresponding distribution of settlement funds in this matter.

The motion is based on this Notice of Motion, the accompanying Memorandum of Points and Authorities, the declaration of counsel, and the proposed order filed herewith, and such other evidence as may be presented to the Court before or at the time of hearing on this motion.

Dated: August 7, 2024

Respectfully submitted,

*/s/ Akshay S. Deoras*
Akshay S. Deoras (SBN 301962)
Yan-Xin Li (SBN 332329)
Jenny Quang (SBN 345742)
Yi Zhang (SBN 353888)
KIRKLAND & ELLIS LLP
555 California Street, 27th Floor
San Francisco, CA 94104
T: (415) 439-1400
F: (415) 439-1500
akshay.deoras@kirkland.com
yanxin.li@kirkland.com
jenny.quang@kirkland.com
yi.zhang@kirkland.com

Rachel Sheridan (SBN 230409)
Victoria Petty (SBN 338689)
Jordan Wells (SBN 326491)
LAWYERS' COMMITTEE FOR CIVIL
    RIGHTS OF THE SAN FRANCISCO BAY
    AREA
131 Steuart Street, Suite 400
San Francisco, CA 94105
T: (415) 543-9444
F: (415) 543-0296
rsheridan@lccrsf.org
vpetty@lccrsf.org
jwells@lccrsf.org

*Attorneys for Plaintiffs J.C.O.C. and M.M.O.S.*

# MEMORANDUM OF POINTS AND AUTHORITIES

Plaintiff J.C.O.C., Guardian Ad Litem for Minor Plaintiff M.M.O.S., through his attorneys of record, hereby move this Court for approval of the settlement of the claims of the Minor Plaintiff M.M.O.S. and the corresponding distribution of settlement funds in this matter.

## I.   INTRODUCTION

This matter was brought by Plaintiffs J.C.O.C. on his behalf and on behalf of his minor child, M.M.O.S., under the Federal Tort Claims Act ("FTCA"), 28 U.S.C. §§ 1346, 2671 *et seq.*[1]  The Plaintiffs are victims of the "Family Separation Policy"—a 2018 policy by which the federal government intentionally separated migrant families in order to deter them from migrating to the United States.  *See generally* Dkt. 1.  The Court previously appointed Plaintiff J.C.O.C. as Guardian Ad Litem for his minor daughter M.M.O.S.  Dkt. 28.  After good-faith negotiations, Plaintiffs have agreed with Defendant to settle their claims for a total amount of $270,000, with $135,000 each payable to M.M.O.S and to J.C.O.C.  *See* Deoras Decl., ¶¶ 7, 12.  A true and correct copy of the Stipulation for Compromise Settlement and Release is attached hereto as Exhibit A.  Plaintiff J.C.O.C., Guardian Ad Litem for Minor Plaintiff M.M.O.S., through his attorneys of record, now seeks approval of the settlement of the claims of the Minor Plaintiff M.M.O.S. and the distribution of the settlement in this matter.

## II.   FACTUAL BACKGROUND

M.M.O.S. was born in 2009 and is currently fifteen years old.  In May 2018, when M.M.O.S. was nine years old, she and her father J.C.O.C. fled violence in Honduras to find a safer life in the United States.  *See* Dkt. 1, ¶ 11.  Defendant apprehended and detained the Plaintiffs in detention facilities that lacked necessities, such as beds, sufficient blankets, showers, food, and potable water.  *Id.*, ¶ 20.  Defendant then separated M.M.O.S. from J.C.O.C. for two months pursuant to the Family Separation Policy.  *Id.*, ¶ 21.

Following the separation from her father, M.M.O.S. was placed in the custody of U.S. Customers and Border Protection, and was later transferred to Office of Refugee Resettlement custody

---

[1]   Pursuant to the Court's Order granting Plaintiffs' motion to proceed under pseudonyms, Dkt. 27, Plaintiffs are referred to under pseudonyms.

as an unaccompanied non-citizen child. *Id.*, ¶¶ 38-39. Medical records show that M.M.O.S. was given almost twenty vaccinations while in ORR custody. *Id.*, ¶ 39. M.M.O.S. did not receive adequate care while in Defendant's custody, and Defendant did not permit adequate communication between M.M.O.S. and her father during the separation. *Id.* As a result, M.M.O.S. suffered physically and mentally due to the separation and continues to suffer the effects of the separation to this day. *Id.*, ¶ 57. Although both father and daughter have begun to recover from the trauma they suffered while detained under the Family Separation Policy, their paths to fully healing is uncertain. *Id.*, ¶ 58.

M.M.O.S. and J.C.O.C. asserted seven causes of actions under Federal Tort Claims Act, including (1) intentional infliction of emotional distress; (2) negligence; (3) medical negligence to Plaintiff J.C.O.C.; (4) abuse of process; (5) breach of fiduciary duty to Plaintiff M.M.O.S.; (6) loss of consortium; and (7) intentional interference with custodial relations. *See* Dkt. 1, ¶¶ 132-66. On April 10, 2024, this Court granted the parties' Joint Notice of Conditional Settlement and Request to Stay Litigation Deadlines. Dkt. 41. On June 10, 2024, the parties filed a Joint Status Report noting that Plaintiffs expect to move the Court for approval of the settlement of the claims of Minor Plaintiff M.M.O.S. before the next Joint Status Report due to the Court on August 9, 2024. Dkt. 42.

### III.   LEGAL STANDARD

"District courts have a special duty, derived from Federal Rule of Civil Procedure 17(c), to safeguard the interests of litigants who are minors." *Robidoux v. Rosengren*, 638 F.3d 1177, 1181 (9th Cir. 2011). "[T]his special duty requires a district court to 'conduct its own inquiry to determine whether the settlement serves the best interests of the minor.'" *Id.* (quoting *Dacanay v. Mendoza*, 573 F.2d 1075, 1080 (9th Cir. 1978)). Thus, a district court "must independently investigate and evaluate any compromise or settlement of a minor's claims to assure itself that the minor's interests are protected." *Salmeron v. United States*, 724 F.2d 1357, 1363 (9th Cir. 1983). In doing so, district courts should "limit the scope of their review to the question whether the net amount distributed to each minor plaintiff in the settlement is fair and reasonable, in light of the facts of the case, the minor's specific claim, and recovery in similar cases." *Id.* at 1181-82 (citing *Dacanay*, 573 F.2d at 1078).

Further, California Rule of Court 3.1384 requires compliance with California Rule of Court 7.950, which mandates that petitions use the California Judicial Council Form MC-350, "Petition for

Approval of Compromise of Claim or Action or Disposition of Proceeds of Judgment for Minor or Person With a Disability." Plaintiffs have therefore attached Form MC-350 hereto as Exhibit B.

## IV.  SETTLEMENT TERMS

In order to avoid the uncertainty, stress, and potential emotional impact of protracted litigation, Plaintiffs have agreed with Defendant to settle their claims for a total amount of $270,000. *See* Ex. A. Plaintiffs believe this settlement amount to be comparable to other recent settlements between Defendant and other families separated under the Family Separation Policy. Deoras Decl., ¶ 8. Under the terms of the settlement, M.M.O.S. and J.C,O,C, would each receive a proposed allocation of $135,000 of the total settlement of $270,000. *Id.*, ¶ 7. The settlement reached by the parties provides for Defendant to deposit the total settlement funds into a trust account of Plaintiffs' attorneys. *Id.*, ¶ 9. Plaintiffs' counsel will then deposit M.M.O.S.'s allocation of $135,000 into an interest-bearing, federally insured blocked account belonging to M.M.O.S. *Id.*

No fees or expenses will be deducted from the total settlement or from M.M.O.S.'s portion. Deoras Decl., ¶ 11. Plaintiffs' attorneys have not and will not accept attorneys' fees or reimbursement of expenses or court costs. *Id.*, ¶ 10. M.M.O.S. has not incurred any medical expenses that will be reimbursed with the settlement and does not anticipate any such expenses. *Id.*

The settlement represents a fair and reasonable settlement of M.M.O.S.'s claims in this action and is in M.M.O.S.'s best interests. Deoras Decl., ¶ 12. J.C.O.C. has made a careful and diligent inquiry into the nature, extent, and seriousness of M.M.O.S.'s claims and believes that settlement agreement is fair, reasonable, and in M.M.O.S.'s best interests. *Id.* J.C.O.C. further acknowledges that the settlement is final and binding. *Id.*

Defendant does not oppose this motion or object to the granting of this motion. *Id.*, ¶ 14.

## V.  CONCLUSION

For the reasons above, J.C.O.C., through his attorneys of record, respectfully requests that the Court enter the concurrently filed proposed order approving the settlement of M.M.O.S.'s claims and the corresponding distribution of settlement funds in this matter .

| | |
|---|---|
| Dated: August 7, 2024 | Respectfully submitted,<br><br>*/s/ Akshay S. Deoras*<br>Akshay S. Deoras (SBN 301962)<br>Yan-Xin Li (SBN 332329)<br>Jenny Quang (SBN 345742)<br>Yi Zhang (SBN 353888)<br>KIRKLAND & ELLIS LLP<br>555 California Street, 27th Floor<br>San Francisco, CA 94104<br>T: (415) 439-1400<br>F: (415) 439-1500<br>akshay.deoras@kirkland.com<br>yanxin.li@kirkland.com<br>jenny.quang@kirkland.com<br>yi.zhang@kirkland.com<br><br>Rachel Sheridan (SBN 230409)<br>Victoria Petty (SBN 338689)<br>Jordan Wells (SBN 326491)<br>LAWYERS' COMMITTEE FOR CIVIL RIGHTS OF THE SAN FRANCISCO BAY AREA<br>131 Steuart Street, Suite 400<br>San Francisco, CA 94105<br>T: (415) 543-9444<br>F: (415) 543-0296<br>rsheridan@lccrsf.org<br>vpetty@lccrsf.org<br>jwells@lccrsf.org<br><br>*Attorneys for Plaintiffs J.C.O.C. and M.M.O.S.* |