| | |
|---|---|
| Akshay S. Deoras (SBN 301962)<br>Yan-Xin Li (SBN 332329)<br>Jenny Quang (SBN 345742)<br>Yi Zhang (SBN 353888)<br>KIRKLAND & ELLIS LLP<br>555 California Street, 27th Floor<br>San Francisco, CA 94104<br>T: (415) 439-1400<br>F: (415) 439-1500<br>akshay.deoras@kirkland.com<br>yanxin.li@kirkland.com<br>jenny.quang@kirkland.com<br>yi.zhang@kirkland.com<br><br>Rachel Sheridan (SBN 230409)<br>Victoria Petty (SBN 338689)<br>Jordan Wells (SBN 326491)<br>LAWYERS' COMMITTEE FOR CIVIL RIGHTS<br>  OF THE SAN FRANCISCO BAY AREA<br>131 Steuart Street, Suite 400<br>San Francisco, CA 94105<br>T: (415) 543-9444<br>F: (415) 543-0296<br>rsheridan@lccrsf.org<br>vpetty@lccrsf.org<br>jwells@lccrsf.org<br><br>*Attorneys for Plaintiffs J.C.O.C and M.M.O.S.* | Ismail J. Ramsey (CABN 189820)<br>United States Attorney<br>Pamela T. Johann (CABN 145558)<br>Chief, Civil Division<br>Michael A. Keough (NYRN 5199666)<br>Valerie E. Smith (NYRN 5112164)<br>Assistant United States Attorneys<br>UNITED STATES ATTORNEY'S OFFICE<br>  FOR THE NORTHERN DISTRICT OF<br>  CALIFORNIA<br>450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102-3495<br>T: (415) 436-6878<br>F: (415) 436-7234<br>michael.keough@usdoj.gov<br>valerie.smith2@usdoj.gov<br><br>*Attorneys for Defendant United States of America* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| J.C.O.C. on his behalf and on behalf of his minor child, M.M.O.S., <br><br>    Plaintiffs, <br><br>  v. <br><br>UNITED STATES OF AMERICA, <br><br>    Defendant. | Case No. 3:23-cv-05268-SI <br><br>**JOINT STIPULATION FOR DISMISSAL** |

The parties, by and through the undersigned counsel of record, previously provided notice that Defendant received and conveyed to Plaintiffs final approval of settlement, and the parties were awaiting payment of settlement funds from the United States Treasury ("Treasury"). Dkts. 42, 52. Treasury has now successfully disbursed settlement funds to Plaintiffs according to the terms of the parties' Stipulation for Compromise Settlement and Release.

Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties stipulate that this matter be dismissed with prejudice. The parties shall bear their own fees, costs, and expenses.

Dated: January 15, 2025	Respectfully submitted,

*/s/ Yan-Xin Li*
Akshay S. Deoras (SBN 301962)
Yan-Xin Li (SBN 332329)
Jenny Quang (SBN 345742)
Yi Zhang (SBN 353888)
KIRKLAND & ELLIS LLP
555 California Street, 27th Floor
San Francisco, CA 94104
T: (415) 439-1400
F: (415) 439-1500
akshay.deoras@kirkland.com
yanxin.li@kirkland.com
jenny.quang@kirkland.com
yi.zhang@kirkland.com

Rachel Sheridan (SBN 230409)
Victoria Petty (SBN 338689)
Jordan Wells (SBN 326491)
LAWYERS' COMMITTEE FOR CIVIL
    RIGHTS OF THE SAN FRANCISCO
    BAY AREA
131 Steuart Street, Suite 400
San Francisco, CA 94105
T: (415) 543-9444
F: (415) 543-0296
rsheridan@lccrsf.org
vpetty@lccrsf.org
jwells@lccrsf.org

*Attorneys for Plaintiffs J.C.O.C. and M.M.O.S.*

Dated: January 15, 2025	*/s/ Michael A. Keough*
Ismail J. Ramsey (CABN 189820)
United States Attorney
Pamela T. Johann (CABN 145558)

|     |     |
| --- | --- |
| 1   | Chief, Civil Division |
| 2   | Michael A. Keough (NYRN 5199666) |
|     | Valerie E. Smith (NYRN 5112164) |

Chief, Civil Division
Michael A. Keough (NYRN 5199666)
Valerie E. Smith (NYRN 5112164)
Assistant United States Attorneys
UNITED STATES ATTORNEY'S OFFICE
   FOR THE NORTHERN DISTRICT OF
   CALIFORNIA
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
T: (415) 436-6878
F: (415) 436-7234
michael.keough@usdoj.gov
valerie.smith2@usdoj.gov

*Attorneys for Defendant United States of America*

\* *In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.*